Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED - GR
July 23, 2026 1:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: AR / 7.23

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Southern Division

**1:26-cv-2140**
**Ray Kent - Magistrate Judge**

Personal Representative of the
estate of #945613
Jrome Barnard (deceaced
Christina Barnard

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Michigan correction department of
officer CARP Officer Russell
Sargent Hill officer MAY

_Defendant(s)_

(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Christina Barnard |
| Street Address | 4361 S M.37 |
| City and County | Baldwin    LAKE |
| State and Zip Code | MI    49304 |
| Telephone Number | 231 343 7086 |
| E-mail Address | christinabarnard 34 @ gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title (if known).  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Officer Carr
Officer
1576 W. Bluewater Highway
Ionia
MI  48846
616.527.6331

Defendant No. 2

Name

Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Officer Russell
Officer
1576 Bluewater HW
Ionia
Michigan 48846
616.527.6331

Defendant No. 3

Name

Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Sargent Nill
1576 W Bluewater HW
Ionia
MI  48846
616.527.6331

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Officer May
1576 W Highway Bluewater
Ionia
MI  48846
616 527 6331

See Reverse

Page 2 of 5

defendant #3  Warden Dale Bonn

Ionia mi Prision
1576 w Bluewater HW
mi 48846
616. 527. 6331

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

eight (8th) Amendment - cruel & unusual punishment
failure to protect
wrongful death
professional negligence/malpractise

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* Christina Barnard , is a citizen of the State of *(name)* Michigan .

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* ~~Ionia Prision~~ , is incorporated under the laws of the State of *(name)* ~~MI~~ ,
   and has its principal place of business in the State of *(name)* ~~MI~~ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

B.

B Jirome Barnard (Deceased

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)*  Ionia Prision , is incorporated under

the laws of the State of *(name)*  MI , and has its

principal place of business in the State of *(name)*  MI .

Or is incorporated under the laws of *(foreign nation)*  MI ,

and has its principal place of business in *(name)*  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

My son Jirome Barnard #945613 endored unhumain the treatment assult, abuse, neglect then death.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed. # 945613

on The day of May 6th 2024 my son Jirome Barnar was assaulted by officers an hospitalized. He started having siezure after that.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① I would like compensation for the pain, neglect, + death of my son Jirome Barnd

② in the amount of 333,333,333.33

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7·20·26

Signature of Plaintiff

Printed Name of Plaintiff   CHRISTINA BARNARD

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES
POSTAL SERVICE

**P**

US POSTAGE PAID

**$11.00**

Origin: 49304
07/21/26
2505400304-08

**PRIORITY MAIL®**

0 Lb 15.80 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  07/24/26

C040

SHIP
TO:
 110 MICHIGAN ST NW
GRAND RAPIDS MI 49503-2300

**USPS TRACKING® #**



9505 5121 2666 6202 5939 62



PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Christina Barnard
P.O. Box 7
Baldwin MI 49304

TO: Western District
of Michigan
399 Federal Bldg
110 Michigan ST NW
Grand Rapids MI
49503

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

PLASTIC
BAG

how2recycle.info